UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

JEFFERY S. TRENT,

    Plaintiff,

v.                                                           No.: 3:10-cv-68
                                                                  (VARLAN/GUYTON)

SEVIERVILLE SHERIFF'S DEPT.,

    Defendant.

**MEMORANDUM**

    This *pro se* prisoner's civil rights action pursuant to 42 U.S.C. § 1983 was transferred to this court from the U.S. District Court, Eastern District of Tennessee, Northeastern Division at Greeneville, on February 25, 2010. Plaintiff's copy of that order, which was mailed to him at his last known address of Hamblen County Jail, was returned undelivered on March 10, 2010. with the notation "Return To Sender, Not Deliverable As Addressed, Unable To Forward." Plaintiff bears the burden of prosecuting his action, which includes informing the court of his correct mailing address, and he has not done so.

    Accordingly, this action will be **DISMISSED WITH PREJUDICE** for plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

The court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous.  Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE